EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00370 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. § 841; 18 U.S.C. 922(g)9] |
| RAYMOND NAUTA REYES, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about October 16, 2002, in the District of Hawaii, the defendant, RAYMOND NAUTA REYES, did knowingly and intentionally possess with intent to distribute 5 grams or more



of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 29.3 grams, a Schedule II controlled substance.

All in violation of 21 United States Code, Section 841.

COUNT 2

The Grand Jury further charges that:

On or about October 16, 2002, in the District of Hawaii, the defendant, RAYMOND NAUTA REYES, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce, a firearm, to wit: a Rossi Model M-88, .38 caliber revolver, serial number W271137, and ten rounds of .38 Federal ammunition.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 922(g)(9).

DATED: _____ JUL 24 _____, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. RAYMOND NAUTA REYES
Cr. No. _____
"Indictment"