# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 25, 2007

| | | | | |
|---|---|---|---|---|
| To: | United States Court of Appeals<br>For the Ninth Circuit<br>Office of the Clerk<br>95 Seventh Street<br>San Francisco, California 94103 | Attn: | ( )<br>(X)<br>( ) | Civil<br>Criminal<br>Judge |

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:       CR 03-00370AWT           Appeal No:    05-10690

Short Title:    USA v. Rayes


| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes (✓) original ( ) certified copy |
| Bulky docs | ___ | volumes (folders)  docket # |
| Reporter's Transcripts | 20 | volumes (✓) original ( ) certified copy |
| Exhibits | ___ | volumes ( ) under seal |
| | ___ | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #48, #50, #123


Acknowledgment: _____   Date: _____


cc: all parties of record