UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>RAYMOND NAUTA REYES,<br><br>Defendant - Appellant. | No. 05-10690<br>D.C. No. CR-03-00370-AWT<br><br>**JUDGMENT** FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII<br><br>APR 16 2007<br>at 11 o'clock and __ min. __ M<br>SUE BEITIA, CLERK |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED and REMANDED**.

Filed and entered 03/22/07

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

APR 13 2007

by: _____
Deputy Clerk