INTERNAL USE ONLY: Proceedings include all events.
05-10690 USA v. Reyes, et al

UNITED STATES OF AMERICA                 Beverly Wee Sameshima, AUSA
        Plaintiff - Appellee            FAX 808/541-2958
                                         808/541-2850
                                         Suite 6-100
                                         [COR LD NTC aus]
                                         USH - OFFICE OF THE U.S.
                                         ATTORNEY
                                         PJKK Federal Building
                                         300 Ala Moana Blvd.
                                         P.O. Box 50183
                                         Honolulu, HI 96850


        v.


RAYMOND NAUTA REYES                      Shawn A. Luiz, Esq.
        Defendant - Appellant           FAX 808/538-0600
                                         808/538-0500
                                         Ste. 800
                                         [COR LD NTC cja]
                                         Law Offices
                                         810 Richards Street
                                         Honolulu, HI 96813