UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | No. CR 03-0370 AWT |
| ) | |
| v.    ) | ORDER OF DISMISSAL |
| ) | |
| RAYMOND NAUTA REYES,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

In accordance with the mandate of the Court of Appeals, ordering the dismissal of the indictment,

**IT IS ORDERED** that this case and the indictment are hereby **DISMISSED.** The defendant is discharged and any bond is exonerated.

Dated: APR 2 1 2007

A. WALLACE TASHIMA
United States Circuit Judge
Sitting by Designation