RECEIVED
CLERK

APR 23 2007
3:35pm
DISTRICT OF HAWAII

DATE: 4/17/07

TO: USDC District of Hawaii (Honolulu)

FROM: U.S. COURT OF APPEALS - 9TH CIRCUIT by: HON. D.W.NELSON/cm

CA # 05-10690   DC # CR03-00370AWT

TITLE USA v. Reyes

RECORD RETURNED TO DISTRICT COURT:

__4__ VOL (S) CLERK'S FILE  3 vols are SEALED ✓

__20__ VOL (S) REPORTER'S TRANSCRIPT ✓

OTHER: _____

One memo per case, please.

cc: Records Unit, Clerk's Office, San Francisco

United States Court of Appeals for the Ninth Circuit
AMENDED Record Transmittal Form

Date: January 25, 2007

To: Judge Dorothy W. Nelson
U.S. Court of Appeals Building
125 South Grand Avenue, Ste. 303
Pasadena, CA 91105-1510

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:      CR 03-00370AWT        Appeal No:    05-10690
Short Title:    USA v. ~~Rayes~~ REYES

3 VOLS ARE SEALED.

✓ Clerk's Files in    ~~3~~ 4    volumes (✓) original  ( ) certified copy

Bulky docs    _____    volumes (folders)  docket #

✓ Reporter's    20    volumes (✓) original  ( ) certified copy
Transcripts

Exhibits    _____    volumes ( ) under seal
_____    boxes ( ) under seal

Other:
✓ -certified copy of docket sheet
✓ -sealed document nos: #48, #50, #123

Acknowledgment: C. Myers      Date: JAN 2 6 2007